B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arrowhead Landscape Supply, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**42-1711703** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**731 W Park St**<br>**Aurora, IL**<br><div align="right">ZIP Code **60506**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 887**<br>**Elburn, IL**<br><div align="right">ZIP Code **60119**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **44W399 Rte 64**<br>**Maple Park, IL 60151** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arrowhead Landscape Supply, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Arrowhead Landscape Supply, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Charles J. Myler**
Signature of Attorney for Debtor(s)

**Charles J. Myler**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**

Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**February  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William Sweeny**
Signature of Authorized Individual

**William Sweeny**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  8, 2010**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Arrowhead Landscape Supply, Inc.** _____ ,

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 413,766.85 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 981,487.44 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 35,044.11 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 598,638.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| | Total Assets | | 413,766.85 | | |
| | | Total Liabilities | | 1,615,170.25 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Arrowhead Landscape Supply, Inc.**                          ,  Case No. _____

                                                       Debtor

Chapter                    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Arrowhead Landscape Supply, Inc.**                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Arrowhead Landscape Supply, Inc.**                                    ,         Case No. _____

                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5483** <br><br>**CNH Capital America, LLC** <br>**PO Box 7247-0170** <br>**Philadelphia, PA 19170-0170** | X | - | 2006 <br><br>Equipment Loan <br><br>2006 New Holland LW80.B Wheel Loader - good condition (1200 hrs) | | | | | |
| | | | Value $             30,000.00 | | | | 29,581.72 | 0.00 |
| Account No. **xxxxxx2118** <br><br>**CNH Capital America, LLC** <br>**PO Box 7247-0170** <br>**Philadelphia, PA 19170-0170** | X | - | 2006 <br><br>Equipment Loan <br><br>2006 New Holland L190 skidster - good condition (900 hrs) | | | | | |
| | | | Value $             20,000.00 | | | | 16,722.72 | 0.00 |
| Account No. **xxxx0138** <br><br>**Ford Motor Credit** <br>**PO Box 790093** <br>**Saint Louis, MO 63179** | X | - | 2008 <br><br>Auto <br><br>2008 Ford F 550 - good condition (39500 mi) | | | | | |
| | | | Value $             25,000.00 | | | | 33,823.00 | 8,823.00 |
| Account No. **xxxx7436** <br><br>**Ford Motor Credit** <br>**PO Box 790093** <br>**Saint Louis, MO 63179** | X | - | 2005 <br><br>Auto <br><br>2006 Ford F350 DRW Crew Cab Super Duty - good condition (100000 mi) | | | | | |
| | | | Value $             19,000.00 | | | | 24,634.00 | 5,634.00 |

   **1**   continuation sheets attached

Subtotal <br> (Total of this page)         104,761.44         14,457.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Arrowhead Landscape Supply, Inc.** , Case No. _____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxx4111** | | | | | **2005** | | | | | |
| | | | | | | | | | | |
| **Ford Motor Credit** PO Box 790093 Saint Louis, MO 63179 | X | - | | | **Auto** **2006 Ford F150 SC STX - good condition (70000 mi)** | | | | | |
| | | | | | Value $          **10,800.00** | | | | **16,726.00** | **5,926.00** |
| Account No. | | | | | **2006** | | | | | |
| | | | | | | | | | | |
| **Tom Spiel** **Riverside, CA** | | - | | | **Loan** **2006 Filling Trailer** | | | | | |
| | | | | | Value $           **6,000.00** | | | | **860,000.00** | **854,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **876,726.00** | **859,926.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **981,487.44** | **874,383.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **Arrowhead Landscape Supply, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008-2009 | | | | | |
| Duane Matias 686 Ridge Dr Elburn, IL 60119 | - | | back wages due | | | | | 0.00 |
| | | | | | | | 10,000.00 | 10,000.00 |
| Account No. | | | 2009 | | | | | |
| Mike Waters 301 Railroad Ave Elburn, IL 60119 | - | | back wages due | | | | | 0.00 |
| | | | | | | | 1,600.00 | 1,600.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 11,600.00 | 11,600.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                                    ,      Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Federal taxes owed | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | - | | | | | | | 0.00 |
| | | | | | | | 3,500.00 | 3,500.00 |
| Account No. | | | | | | | | |
| **State of IL IL DOR Springfield, IL 62796-0001** | - | | | | | | | 0.00 |
| | | | | | | | 19,944.11 | 19,944.11 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 23,444.11 | 23,444.11 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 35,044.11 | 35,044.11 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Arrowhead Landscape Supply, Inc.**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5155**<br><br>**1-800 Edgings, Inc**<br>**124 E St Charles Rd**<br>**Villa Park, IL 60181** | - | | | | **2008-2009**<br>**Business debt - finance charges (landscape edging)** | | | | 274.12 |
| Account No. **xxR001**<br><br>**A Block Marketing, Inc**<br>**855 E Golf Rd Ste 1133**<br>**Arlington Heights, IL 60005** | - | | | | **2009**<br>**Business debt (mulch)** | | | | 1,739.00 |
| Account No. **x0931**<br><br>**Accident Insurance**<br>**c/o Michael Davis Weis**<br>**PO Box 1166**<br>**Northbrook, IL 60065** | - | | | | **Business debt (worker's comp matter?)** | | | | 2,910.00 |
| Account No. **x3750**<br><br>**Acton Mobile Industries**<br>**PO Box 758689**<br>**Baltimore, MD 21275-8689** | - | | | | **Business debt (office trailer rent)** | | | | 357.00 |
| __12__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 5,280.12 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:30779-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                                ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx xx xx9221**<br><br>**ADT Security Services, Inc.**<br>**c/o Teller Levit & Silvertrust PC**<br>**111 E Adams St Ste 800**<br>**Chicago, IL 60603** | - | | | | **2009**<br>**Judgment balance due.  Complaint filed 2009.** | | | | 8,276.76 |
| Account No. **xxxx xxxxxxxx & xxxx6756**<br><br>**Advanced Drainage Systems, Inc**<br>**4273 Reliable Pkwy**<br>**Chicago, IL 60686** | - | | | | **7/2007-12/2009**<br>**Business debt (landscape irrigation/ drainage supply)** | | | | 707.92 |
| Account No. **xxx x1089**<br><br>**Advantage Weighing Systems**<br>**1433 W Fullerton Ave**<br>**Addison, IL 60101-6179** | - | | | | **2008**<br>**Business debt (landscape scale)** | | | | 375.00 |
| Account No. **x-xxxx-xxx2723**<br><br>**Allied Waste Services #480**<br>**1565 Aurora Avenue Ln**<br>**Aurora, IL 60504** | - | | | | **11/2009-12/2009**<br>**Business debt (waste disposal rental)** | | | | 47.50 |
| Account No. **xxxxxx******1603**<br><br>**American National Bank of DeKalb Co**<br>**1985 DeKalb Ave**<br>**Sycamore, IL 60178** | - | | | | **4/20/09**<br>**Business debt.  Incorrect posting to account.** | | | | 737.00 |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     10,144.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Arrowhead Landscape Supply, Inc._____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ALS** <br><br> AMI Communications, Inc <br> 1892 E Fabyan Pkwy <br> Batavia, IL 60510 | - | | | | 4/2007-12/2009 <br> Business debt (Computer network installation & tapes) | | | | 3,986.54 |
| Account No. *****-xR115** <br><br> Architectural Stone <br> 1 Quarry Rd <br> Douglassville, PA 19518 | - | | | | 2007-2009 <br> Business debt - Landscaping materials (natural stone) | | | | 29,862.46 |
| Account No. **xxxxxx #2008** <br><br> Aurora Country Club <br> 1600 Prairie St <br> Aurora, IL 60506 | - | | | | Business debt (Entertainment) | | | | 10,000.00 |
| Account No. **xxxx xxxxx & x1374** <br><br> B Haney & Sons <br> 1200 N Lombard Rd <br> Lombard, IL 60148-1201 | - | | | | 6/2009-12/2009 <br> Business debt - landscaping supplies (mulch) | | | | 2,962.50 |
| Account No. **xR400** <br><br> Best Block <br> W140 N5870 Lily Rd <br> PO Box 13707 <br> Milwaukee, WI 53213-0707 | - | | | | 2008-2009 <br> Business debt (concrete landscape retaining walls) | | | | 3,362.93 |

Sheet no. __2___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,174.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Landscape Supply, Inc.**                                    ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ARLS** <br><br> **Boughton Trucking & Material** <br> **P.O. Box 1036** <br> **Bedford Park, IL 60499** | - | | **2009** <br> **Business debt (bulk aggregate materials)** | | | | 2,986.73 |
| Account No. **xx0799** <br><br> **Breezy Hill Nursery** <br> **7530 288th Ave** <br> **Salem, WI 53168** | - | | **6/2009-12/20-09** <br> **Business debt (nursery stock)** | | | | 13,924.16 |
| Account No. **Multiple Invs** <br><br> **Burke's Hauling Inc** <br> **17128 Lukens Rd** <br> **Sycamore, IL 60178** | - | | **2009** <br> **Business debt.  (freight)** | | | | 520.00 |
| Account No. **xxxxxxx xxxx #xxxx3682** <br><br> **Cargill Deicing Technology** <br> **c/o Teller Levit Silvertrust, PC** <br> **11 E Adams St Ste 800** <br> **Chicago, IL 60603** | - | | **2007-2008** <br> **Business debt - Teller Levit client #14808** <br> **(Bulk/Bagged Ice  melt)** | | | | 7,942.00 |
| Account No. **xxxxxxxxxxx5102** <br><br> **CRA Payment Center** <br> **PO Box 3900** <br> **Lancaster, PA 17604-3900** | - | | **Business debt (revolving line of credit)** | | | | 1,254.24 |

Sheet no. __**3**___ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **26,627.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Diaz Pallet & Stone** <br> **c/o Marc S Lichtman & Associates** <br> **222 N LaSalle St Ste 200** <br> **Chicago, IL 60601** | X | - | | | 2008-2009 <br> **Business debt.  (natural stone)** | | | | 47,694.61 |
| Account No. **xx xx xxx - xxxxx of WI** <br><br> **Door County Custom Stone Inc** <br> **c/o Herrling Clark Law Firm Ltd** <br> **800 N Lynndale Dr** <br> **Appleton, WI 54914** | X | - | | | 2008-2009 <br> **Judgment balance due on Complaint filed 4/13/09. (natural stone)** | | | | 25,974.30 |
| Account No. **499** <br><br> **Elmhurst-Chicago Stone Co.** <br> **PO Box 57** <br> **Elmhurst, IL 60126-0057** | | - | | | 10/2008-12/2009 <br> **Business debt (bulk aggregate stone)** | | | | 1,792.40 |
| Account No. **Arrowhead** <br><br> **ERO TEX** <br> **N94W14330 Garwin Mace Dr** <br> **Menomonee Falls, WI 53051** | | - | | | 2007-2009 <br> **Business debt - multiple invoices and finance charges (landscape blanket)** | | | | 39,918.81 |
| Account No. <br><br> **Frank Van Aelst & Assoc** <br> **312 W State St** <br> **PO Box 592** <br> **Geneva, IL 60134** | | - | | | 2007-2009 <br> **Accountant Fees** | | | | 28,900.00 |

Sheet no. __4___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **144,280.12**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                    ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Freight Quote**<br>**16025 W 113th St**<br>**Lenexa, KS 66219** | - | | Business debt (deliveries) | | | | 954.94 |
| Account No. **xxxx xxxxx & x4586**<br><br>**Hartman Design Inc**<br>**51 N Elm St**<br>**Wernersville, PA 19565** | - | | 8/2009<br>Landscape lighting supplies (2614.32 & 299.80) | | | | 2,914.12 |
| Account No. **xxx8504**<br><br>**IL Brick Company**<br>**c/o Quick Recovery Collection Agncy**<br>**9130 Oakwood Dr**<br>**Tinley Park, IL 60487** | - | | 5/2008-12/2009<br>Business debt - Collection (clay paving brick) | | | | 11,628.18 |
| Account No. **xxxxxxx xxxxx xxxxxx xx - TRKH**<br><br>**IL Tollway - IL Secretary of State**<br>**c/o Arnold Scott Harris, PC**<br>**222 Merchandise Mart Plaza Ste 1932**<br>**Chicago, IL 60654** | - | | 2008-2009<br>Unpaid Tolls | | | | 3,254.70 |
| Account No.<br><br>**Kafka-Granite LLC**<br>**101 S Weber Ave**<br>**Stratford, WI 54484** | - | | 2007-2009<br>Business debts (Granite Boulders) | | | | 5,287.62 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,039.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Arrowhead Landscape Supply, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **P590** <br><br> **KC Printing Services** <br> **22292 Pepper Rd** <br> **Lake Barrington, IL 60010** | - | | | | **2007** <br> **Business debt (Invoice printing)** | | | | 532.55 |
| Account No. **Arrowhead Landscape Supply** <br><br> **Krukowski Stone Co, Inc** <br> **3781 County Road C** <br> **Mosinee, WI 54455** | - | | | | **9/2008-12/2009** <br> **Business debt (Natural stone)** | | | | 2,855.42 |
| Account No. <br><br> **LaFarge Elburn, LLC** <br> **23283 Network Place** <br> **Chicago, IL 60673-1232** | - | | | | **Business debt (Bulk storage)** | | | | 845.50 |
| Account No. <br><br> **Landscaping & Construction Solution** <br> **2233 Palmer Dr Ste B** <br> **Schaumburg, IL 60173** | - | | | | **Business debts (landscape supplies and erosion blanket)** | | | | 9,086.80 |
| Account No. **xx xx 0511** <br><br> **Lemke Stone Inc** <br> **c/o Thomas J Mullen Law Offices** <br> **1N141 County Farm Rd Ste 230** <br> **Winfield, IL 60190** | - | | | | **02/2008-12/2009** <br> **Judgment balance due as of 6/2/09 (natural stone)** | | | | 16,604.13 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,924.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                                        ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business debt (legal fees) | | | | |
| **Malmquist & Geiger** **Attn Bob Geiger** **415 Libert St** **Morris, IL 60450** | - | | | | | | | | 1,077.50 |
| Account No. | | | | | Business debt (office trailer rent) | | | | |
| **McDonald Modular Solutions, Inc** **2380 W 8 Mile Rd** **Southfield, MI 48033-4237** | - | | | | | | | | 300.00 |
| Account No. **RRLAN** | | | | | 2008-2009 Business debt. (mulch) | | | | |
| **Melyx, Inc dba Xylem, Inc** **c/o Marc S Lichtman & Associates** **222 N LaSalle St Ste 200** **Chicago, IL 60601** | X | | - | | | | | | 2,826.22 |
| Account No. **xxxxxx xxxxx #xxxx9223** | | | | | 5/18/2009 Damages from auto accident claimed by Rueben Escobedo against Arrowhead. | | | | |
| **MetLife Auto & Home** **Subrogation - Warwick** **PO Box 1503** **Latham, NY 12110-1503** | - | | | | | | | | 807.35 |
| Account No. **xxxx xxxxxx - xx xC 880** | | | | | 2008-2009 Judgment balance due. Order Agreed to 5/7/09. | | | | |
| **Midwest Trading** **c/o James M Bolz** **895 W Main St** **Dundee, IL 60118** | X | | - | | | | | | 10,314.07 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,325.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arrowhead Landscape Supply, Inc.**                                    Case No. _____
                                                          ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx xx5757**<br><br>**Monacelli**<br>**19719 W Good Hope Rd**<br>**Lannon, WI 53046** | | - | | **2007**<br>**Business debt (natural stone)** | | | | 2,555.47 |
| Account No. **xxx #xx3356; xx xx-xx6849**<br><br>**Morton International Inc**<br>**c/o Teller Levitt Silvertrust, PC**<br>**11 E Adams St Ste 800**<br>**Chicago, IL 60603** | | - | | **12/2007**<br>**Judgment balance due.  Order entered 12/2009 in Cook County, IL.  Judgment defaulted on and case was reinstated in 1/2010.  Matter continued to 3/2010.** | | | | 1,573.04 |
| Account No. **xxxx 6634, xxxx & 6654**<br><br>**New Transportation**<br>**6625 NW Hwy**<br>**Waterford, WI 53185** | | - | | **7/2009-12/2009**<br>**Business debt - Brick & Stone (500, 700, 1650) - Freight** | | | | 2,850.00 |
| Account No. **xxxxxxxxxx (xourt #)**<br><br>**Northfield Block Company**<br>**c/o Loftus, Loftus & Loftus Ltd**<br>**646 Busse Hwy**<br>**Park Ridge, IL 60068** | X | - | | **2006-2009**<br>**Judgment balance due in case filed 12/2/09. Northfield (Oldcastle) acct #104436. (concrete retaining walls and pavers)** | | | | 48,186.94 |
| Account No.<br><br>**Oakfield Stone Company**<br>**PO Box 221**<br>**Oakfield, WI 53065** | | - | | **2007-2009**<br>**Business debt (natural stone)** | | | | 3,027.12 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,192.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.** ,                                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx1013**<br><br>**Package Concrete Inc**<br>**1 S 950  Lorang Rd**<br>**Elburn, IL 60119-7719** | | - | | | **2008-2009**<br>**Business debts (polymeric sand)** | | | | 3,216.96 |
| Account No. **xx0062**<br><br>**Paveloc Industries**<br>**8302 S IL Route 23**<br>**Marengo, IL 60152-9317** | | - | | | **2007-2009**<br>**Business Debt (concrete pavers/walls)** | | | | 26,390.62 |
| Account No. **xx9289**<br><br>**PrimeSource - Chicago**<br>**1650 Leider Ln**<br>**Buffalo Grove, IL 60089** | | - | | | **7/2009-12/2009**<br>**Business debt - Landscaping nails/material**<br>**(Invs 308666-56 & 303113-56) (1779.35,**<br>**1447.60)** | | | | 3,226.95 |
| Account No. **x053M**<br><br>**Robert F. Agrella**<br>**Shearer & Agrella**<br>**4N701 School Rd**<br>**Saint Charles, IL 60175** | | - | | | **2007-2009**<br>**Atty Fees** | | | | 9,163.29 |
| Account No. **xx xx x 4992**<br><br>**Rochester Concrete Products LLC**<br>**c/o Solomon & Leadley**<br>**320 E Indian Trail**<br>**Aurora, IL 60505-1760** | | - | | | **2007-2009**<br>**Judgment balance due.  Judgment entered**<br>**7/7/09. (concrete retaining walls)** | | | | 3,220.88 |

Sheet no. _**9**___ of _**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,218.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Landscape Supply, Inc.**                                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx xxxxxx & x7943**<br><br>**SRW Products**<br>**32020 126th St**<br>**PO Box 70**<br>**Princeton, MN 55371** | - | | | | **3/2009-12/2009**<br>**Business debt (landscape fabric/supplies)** | | | | 4,106.89 |
| Account No. **Multiple Invoices**<br><br>**Stark Service Inc**<br>**c/o Allan C Zuckerman**<br>**203 N LaSalle St Ste 2100**<br>**Chicago, IL 60601** | - | | | | **7/2008-12/2009**<br>**Business debt (freight)** | | | | 5,395.00 |
| Account No.<br><br>**Stockdale Block**<br>**4675 Weitz Rd**<br>**Morris, IL 60450** | - | | | | **Business debt (legal concrete retaining walls)** | | | | 37,121.52 |
| Account No. **Multiple Invoices**<br><br>**Superior Stone Sales, LLC**<br>**1819 N Wilke Rd**<br>**Arlington Heights, IL 60004** | - | | | | **5/2008-12/2009**<br>**Business debt - Balances due on multiple invoices from 5/2008 through 7/2008 - Landscaping supplies (natural stone)** | | | | 16,963.57 |
| Account No.<br><br>**Theis General Trucking**<br>**6142 E 3000 North Rd**<br>**Streator, IL 61364** | - | | | | **Business debt (freight)** | | | | 1,375.00 |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,961.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Arrowhead Landscape Supply, Inc.**                        ,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Transbulk Real Estate Ltd** <br> **Attn Chuck Baxter** <br> **4155 River Ridge Dr** <br> **Saint Charles, IL 60175** | | - | | 2008-2009 <br> **Business debt - Rents due/in default including** <br> late fees/finance charges | | | | 110,004.25 |
| Account No. **xxx x4718** <br><br> **Triple Crown Products** <br> **814 Ela Ave** <br> **Waterford, WI 53185** | | - | | 8/2007-12/2009 <br> **Business debt.  (hats, advertising)** | | | | 2,205.40 |
| Account No. **4129** <br><br> **US Arbor Products** <br> **1881 Commerce Dr Ste 108** <br> **Elk Grove Village, IL 60007** | | - | | 2009 <br> **Business debt.  (mulch)** | | | | 437.50 |
| Account No. **xxxO001** <br><br> **Valley View Industries** <br> **138434 S Kostner** <br> **Crestwood, IL 60445-1997** | | - | | 2008-2009 <br> **Business debt.  (landscape edging)** | | | | 2,284.42 |
| Account No. **Multiple** <br><br> **Verizon** <br> **PO Box 25505 Lehigh Valley** <br> **Lehigh Valley, PA 18002-5505** | | - | | **Business debt - Telecommunications (cell** <br> **phones)** | | | | 2,900.80 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,832.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Arrowhead Landscape Supply, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt. (grills) | | | | |
| **Weber-Stephen Products Co** **PO Box 96439** **Chicago, IL 60693-6439** | - | | | | | | **6,638.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **6,638.00** |
| Total (Report on Summary of Schedules) | **598,638.70** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    **Arrowhead Landscape Supply, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **John Zankowski**<br>**3N324 Woodcrest Court**<br>**Elburn, IL 60119** | **Lease of building at 44W431 Rte 64, Maple Park, IL.  Debtor started as a one year least in 9/2007 and has been a month to month since then.** |
| **Transbulk Real Estate Ltd**<br>**Attn Charles Baxter**<br>**4155 River Ridge Dr**<br>**Saint Charles, IL 60175** | **Lease of building located at 731 W Park, Aurora, 60506.  Debtor is in a multi-year lease that will end in 2011.** |

**0**

_____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **Arrowhead Landscape Supply, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carolyn Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Midwest Trading**<br>**c/o James M Bolz**<br>**895 W Main St**<br>**Dundee, IL 60118** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Midwest Trading**<br>**c/o James M Bolz**<br>**895 W Main St**<br>**Dundee, IL 60118** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Northfield Block Company**<br>**c/o Loftus, Loftus & Loftus Ltd**<br>**646 Busse Hwy**<br>**Park Ridge, IL 60068** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Door County Custom Stone Inc**<br>**c/o Herrling Clark Law Firm Ltd**<br>**800 N Lynndale Dr**<br>**Appleton, WI 54914** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Diaz Pallet & Stone**<br>**c/o Marc S Lichtman & Associates**<br>**222 N LaSalle St Ste 200**<br>**Chicago, IL 60601** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Melyx, Inc dba Xylem, Inc**<br>**c/o Marc S Lichtman & Associates**<br>**222 N LaSalle St Ste 200**<br>**Chicago, IL 60601** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179** |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **CNH Capital America, LLC**<br>**PO Box 7247-0170**<br>**Philadelphia, PA 19170-0170** |

1

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Arrowhead Landscape Supply, Inc.**                                    Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **William (a/k/a "Billy") Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **CNH Capital America, LLC**<br>**PO Box 7247-0170**<br>**Philadelphia, PA 19170-0170** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Arrowhead Landscape Supply, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February  8, 2010** _____

Signature **/s/ William Sweeny** _____

**William Sweeny**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Arrowhead Landscape Supply, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$371,277.00** | **2008 Income - Arrowhead Landscaping** |
| **$0.00** | **2009 Income - Arrowhead Landscaping** |
| **$0.00** | **2010 YTD Income - Arrowhead Landscaping** |

**2. Income other than from employment or operation of business**

None ■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
| --- | --- |

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| ADT Security Services Inc c/o Teller Levit & Silvertnist PC 11 E Adams St Ste 800 Chicago, IL 60603 | 10/11/2009 | $3,600.00 | $0.00 |
| Harris Bank (Line of Credit) Marengo, IL | Oct 2009 - Utilized CDs furnished by Tom Spiel | $190,000.00 | $0.00 |

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Melyx, Inc d/b/a Xylem, Inc vs. Arrowhead Landscape Supply and William Sweeny - | Breach of Contract. | In the Circuit Court of Cook County IL, First Municipal District | To Be Filed.  Complaint seeking $2,862.22. |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Northfield Block Company vs Arrowhead Landscape Supply, Inc and William Sweeney, Individually (20091202312)** | **Breach of Contract.** | **In the Circuit Court of Cook County IL, First Municipal Dist.** | **Pending. Amt claimed $44,935.58 & interest costs and atty fees. Filed 12/2/09.** |
| **Rochester Concrete Products LLC, a Minnesota Limited Liability Company f/k/a GLS Industries, Inc vs. Arrowhead Landscape Supply, Inc, an Illinois Corporation. (08 SC K 4992)** | **Breach of Contract** | **In the Circuit Court For the Sixteenth Judicial Circuit, Kane County, IL.** | **Judgment and Payment Order entered July 7, 2009. Total costs $3,220.88.** |
| **Midwest Trading Horticultural Supplies, Inc, an Illinois corporation vs Arrowhead Landscape Supply, Inc and Billy Sweeny (09 SC 880)** | **Breach of Contract.** | **In the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Geneva, IL.** | **Garnishment Summons - Non Wage issued Jan. 19, 2010. Judgment Amount $10,314.07.** |
| **Diaz Pallet & Stone, Inc vs William Sweeny, individually and dba Arrowhead Landscape Supply** | **Breach of Contract.** | **In the Circuit Court of Cook County IL, First Municipal District.** | **To Be Filed. Complaint seeing $47,694.61.** |
| **Door County Custom Stone vs Arrowhead Landscape Supply, Inc and William Sweeney a/k/a Billy Sweeney (09 CV 123)** | **Breach of Contract.** | **In the Circuit Court for the State of Wisconsin in Door County.** | **Pending. Complaint Seeking $25,974.30. Filed 4/13/2009.** |
| **Lemke Stone, Inc vs Arrowhead Landscape Supply, Inc (09 AR 0511)** | **Breach of Contract.** | **In the Circuit Court for the Sixteenth Judicial Circuit, Kane County, IL.** | **Judgment entered 6/2/2009 in amount of $16,604.13.** |
| **Arrowhead Landscaping Supply vs Green Scene, Inc (08 L 255).** | **Breach of Contract.** | **Circuit Court for 16th Judicial Circuit, Kane County, IL filed in July 2008.** | **Judgment of $88,575.60 was entered on 7/21/08 in favor of Arrowhead. On 8/25/09, Green Scene (3515 Stearn Ave, St Charles, IL 60174) was ordered to pay $500 monthly to Arrowhead. A Turnover Order was entered on 8/25/09.** |
| **Arrowhead Landscape Supply, Inc vs Castanon Landscaping, Inc and Humberto E Castanon (2008 SC K 654)** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL** | **Judgment entered 2/22/2008 on behalf of Arrowhead for $3,407.18.** |
| **Arrowhead Landscape Supply, Inc. vs Castanon Landscaping, Inc. and Humberto E. Castanon (08 SC K 655)** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL.** | **Judgment entered 2/22/2008 on behalf of Arrowhead in amount of $4,534.20.** |
| **Arrowhead Landscape Supply, Inc vs Manuel Alcantar dba R & B Landscaping (08 SC K 315)** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL** | **Judgment entered on 1/31/2008 on behalf of Arrowhead for $9,044.81.** |
| **Arrowhead Landscape Supply, Inc vs Jesus Murguia dba Murguia Landscape (2007 SC K 6249)** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL.** | **Judgment entered 12/20/2007 on behalf of Arrowhead in amount of $1,527.62.** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Arrowhead Landscape Supply, Inc. vs 1666 Dearborn, LLC (07 SC K 3396).** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL.** | **Judgment entered on 6/24/2008 on behalf of Arrowhead.** |
| **Arrowhead Landscape Supply, Inc. vs. Tri-County Landscaping, Inc. (08 AR K 300)** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL** | **Judgment entered 6/3/2008 on behalf of Arrowhead in amount of $11,182.72.  Defendant's owner filed for Ch 7 bankruptcy protection in case 08-01126 (Northern District of IL) and received his discharge 7/16/2008.** |
| **Arrowhead Landscape Supply, Inc. vs. Paul Hines dba Hines Enterprises, Inc. (2008 SC 5883)** | **Breach of Contract** | **Circuit Court for 16th Judicial Circuit, Kane County, Geneva, IL** | **Judgment entered 1/15/2009 on behalf of Arrowhead in amount of $5,315.10.** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Midwest Trading c/o James M Bolz 895 W Main St Dundee, IL 60118** | **2/8/2010** | **$5,000** |

#### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Myler, Ruddy & McTavish 105 E Galena Blvd, 8th Fl Aurora, IL 60505** | **12/2009** | **$3000 Atty Fees; $299 Filing Fees** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Harris Bank** | **Closed out CDs to pay off line of credit** | **Closed approximately 1 year ago** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **731 W Park Ave, Aurora, IL  60506** | **Arrowhead Landscaping Supply** | **2006 to 09/2009** |
| **44W431 Rte 64, Maple Park, IL  60151** | **Arrowhead Landscaping Supply** | **2009 to present** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Frank L Van Aelst & Associates PC**<br>**PO Box 592**<br>**Geneva, IL 60134** | **2008 & 2009** |

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **William Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **President** | **Sole Owner - 100% interest** |
| **Carolyn Sweeny**<br>**701 Independence Ave**<br>**Elburn, IL 60119** | **Vice President** | **No ownership interest.** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February  8, 2010**                    Signature    **/s/ William Sweeny**

**William Sweeny**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Arrowhead Landscape Supply, Inc.**                                        Case No. _____
                                                        Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.    $  **299.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

　　　■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

　　　■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　　a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　　b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　　c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　　d.   [Other provisions as needed]
　　　　　**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　　**Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

　　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February  8, 2010**                                   **/s/ Charles J. Myler**
                                                    **Charles J. Myler**
                                                    **Myler, Ruddy & McTavish**
                                                    **105 E. Galena Blvd.**
                                                    **8th Floor**
                                                    **Aurora, IL 60505**
                                                    **630-897-8475  Fax: 630-897-8076**
                                                    **amctavish@mrmlaw.com  cmyler@mrmlaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re **Arrowhead Landscape Supply, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **85**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February  8, 2010**

**/s/ William Sweeny**
**William Sweeny**/President
Signer/Title

1-800 Edgings, Inc
124 E St Charles Rd
Villa Park, IL 60181


A Block Marketing, Inc
855 E Golf Rd Ste 1133
Arlington Heights, IL 60005


A Block Marketing, Inc
15660 Canal Bank Rd
PO Box 633
Lemont, IL 60439


Accident Insurance
c/o Michael Davis Weis
PO Box 1166
Northbrook, IL 60065


Acton Mobile Industries
PO Box 758689
Baltimore, MD 21275-8689


ADT Security Services, Inc.
c/o Teller Levit & Silvertrust PC
111 E Adams St Ste 800
Chicago, IL 60603


Advanced Drainage Systems, Inc
4273 Reliable Pkwy
Chicago, IL 60686


Advantage Weighing Systems
1433 W Fullerton Ave
Addison, IL 60101-6179


Allied Waste Services #480
1565 Aurora Avenue Ln
Aurora, IL 60504


American National Bank of DeKalb Co
1985 DeKalb Ave
Sycamore, IL 60178

AMI Communications, Inc
1892 E Fabyan Pkwy
Batavia, IL 60510


Architectural Stone
1 Quarry Rd
Douglassville, PA 19518


Aurora Country Club
1600 Prairie St
Aurora, IL 60506


B Haney & Sons
1200 N Lombard Rd
Lombard, IL 60148-1201


Best Block
W140 N5870 Lily Rd
PO Box 13707
Milwaukee, WI 53213-0707


Boughton Trucking & Material
P.O. Box 1036
Bedford Park, IL 60499


Breezy Hill Nursery
7530 288th Ave
Salem, WI 53168


Burke's Hauling Inc
17128 Lukens Rd
Sycamore, IL 60178


Cargill Deicing Technology
c/o Teller Levit Silvertrust, PC
11 E Adams St Ste 800
Chicago, IL 60603


Carolyn Sweeny
701 Independence Ave
Elburn, IL 60119


CNH Capital America, LLC
PO Box 7247-0170
Philadelphia, PA 19170-0170

CRA Payment Center
PO Box 3900
Lancaster, PA 17604-3900


Diaz Pallet & Stone
c/o Marc S Lichtman & Associates
222 N LaSalle St Ste 200
Chicago, IL 60601


Diaz Stone and Pallet, Inc
7822 N Weston Rd
Kingsley, PA 18826


Door County Custom Stone Inc
c/o Herrling Clark Law Firm Ltd
800 N Lynndale Dr
Appleton, WI 54914


Door County Custom Stone, Inc
2670 Stone Rd
Sturgeon Bay, WI 54235


Duane Matias
686 Ridge Dr
Elburn, IL 60119


Elmhurst-Chicago Stone Co.
PO Box 57
Elmhurst, IL 60126-0057


ERO TEX
N94W14330 Garwin Mace Dr
Menomonee Falls, WI 53051


Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179


Frank Van Aelst & Assoc
312 W State St
PO Box 592
Geneva, IL 60134

Freight Quote
16025 W 113th St
Lenexa, KS 66219


Hartman Design Inc
51 N Elm St
Wernersville, PA 19565


IL Brick Company
c/o Quick Recovery Collection Agncy
9130 Oakwood Dr
Tinley Park, IL 60487


IL Brick Company
5191 Paysphere Circle
Chicago, IL 60674


IL Tollway - IL Secretary of State
c/o Arnold Scott Harris, PC
222 Merchandise Mart Plaza Ste 1932
Chicago, IL 60654


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


John Zankowski
3N324 Woodcrest Court
Elburn, IL 60119


Kafka-Granite LLC
101 S Weber Ave
Stratford, WI 54484


KC Printing Services
22292 Pepper Rd
Lake Barrington, IL 60010


Krukowski Stone Co, Inc
3781 County Road C
Mosinee, WI 54455

LaFarge Elburn, LLC
23283 Network Place
Chicago, IL 60673-1232


Lamont, Hanley & Associates Inc.
1138 Elm Street
Manchester, NH 03101-1514


Landscaping & Construction Solution
2233 Palmer Dr Ste B
Schaumburg, IL 60173


Lemke Stone Inc
c/o Thomas J Mullen Law Offices
1N141 County Farm Rd Ste 230
Winfield, IL 60190


Lemke Stone Inc
PO Box 428
Lannon, WI 53046-0428


Malmquist & Geiger
Attn Bob Geiger
415 Libert St
Morris, IL 60450


McDonald Modular Solutions, Inc
2380 W 8 Mile Rd
Southfield, MI 48033-4237


Melyx, Inc dba Xylem, Inc
c/o Marc S Lichtman & Associates
222 N LaSalle St Ste 200
Chicago, IL 60601


Melyx, Inc dba Xylem, Ltd
18715 Rte 84 North
Cordova, IL 61242


MetLife Auto & Home
Subrogation - Warwick
PO Box 1503
Latham, NY 12110-1503

Midwest Trading
c/o James M Bolz
895 W Main St
Dundee, IL 60118


Midwest Trading
PO Box 398
Maple Park, IL 60151


Mike Waters
301 Railroad Ave
Elburn, IL 60119


Monacelli
19719 W Good Hope Rd
Lannon, WI 53046


Morton International
Morton Salt
PO Box 93052
Chicago, IL 60673-3052


Morton International Inc
c/o Teller Levitt Silvertrust, PC
11 E Adams St Ste 800
Chicago, IL 60603


New Transportation
6625 NW Hwy
Waterford, WI 53185


Northfield Block Company
c/o Loftus, Loftus & Loftus Ltd
646 Busse Hwy
Park Ridge, IL 60068


Oakfield Stone Company
PO Box 221
Oakfield, WI 53065


Oldcastle Architectural
PO Box 281479
Atlanta, GA 30384-1479

Oldcastle Northfield/Bend
One Hunt Court
Mundelein, IL 60060


Package Concrete Inc
1 S 950  Lorang Rd
Elburn, IL 60119-7719


Paveloc Industries
8302 S IL Route 23
Marengo, IL 60152-9317


PrimeSource - Chicago
1650 Leider Ln
Buffalo Grove, IL 60089


PrimeSource - Chicago
c/o 2517 Paysphere Circle
Chicago, IL 60674-0025


Robert F. Agrella
Shearer & Agrella
4N701 School Rd
Saint Charles, IL 60175


Rochester Concrete Products LLC
c/o Solomon & Leadley
320 E Indian Trail
Aurora, IL 60505-1760


Rochester Concrete Products, LLC
46558  Hwy 44
Juneau, WI 53039


SRW Products
32020 126th St
PO Box 70
Princeton, MN 55371


Stark Service Inc
c/o Allan C Zuckerman
203 N LaSalle St Ste 2100
Chicago, IL 60601

Stark Service Inc
21816 W Railroad St
Marengo, IL 60152


State of IL
IL DOR
Springfield, IL 62796-0001


Stockdale Block
4675 Weitz Rd
Morris, IL 60450


Superior Stone Sales, LLC
1819 N Wilke Rd
Arlington Heights, IL 60004


Theis General Trucking
6142 E 3000 North Rd
Streator, IL 61364


Tom Spiel
Riverside, CA


Transbulk Real Estate Ltd
Attn Chuck Baxter
4155 River Ridge Dr
Saint Charles, IL 60175


Transbulk Real Estate Ltd
Attn Charles Baxter
4155 River Ridge Dr
Saint Charles, IL 60175


Triple Crown Products
814 Ela Ave
Waterford, WI 53185


US Arbor Products
1881 Commerce Dr Ste 108
Elk Grove Village, IL 60007


Valley View Industries
138434 S Kostner
Crestwood, IL 60445-1997

Verizon
PO Box 25505 Lehigh Valley
Lehigh Valley, PA 18002-5505


Weber-Stephen Products Co
PO Box 96439
Chicago, IL 60693-6439


William (a/k/a "Billy") Sweeny
701 Independence Ave
Elburn, IL 60119

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Arrowhead Landscape Supply, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arrowhead Landscape Supply, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  8, 2010**

Date

**/s/ Charles J. Myler**

**Charles J. Myler**

Signature of Attorney or Litigant

Counsel for   **Arrowhead Landscape Supply, Inc.**

**Myler, Ruddy & McTavish**
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475 Fax:630-897-8076**
**amctavish@mrmlaw.com  cmyler@mrmlaw.com**