UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
ARROWHEAD LANDSCAPE SUPPLY, INC.          §        Case No. 10-04741
                                          §
                    Debtor(s)             §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
     .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

              Funds were disbursed in the following amounts:

              Payments made under an interim
              disbursement
              Administrative expenses
              Bank service fees
              Other payments to creditors
              Non-estate funds paid to 3rd Parties
              Exemptions paid to the debtor
              Other payments to the debtor

              Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $         $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $           , for total expenses of $         $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/JOSEPH R. VOILAND_____
                                              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     1

Exhibit A

| | | |
|---|---|---|
| Case No:          10-04741      RG    Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name:     ARROWHEAD LANDSCAPE SUPPLY, INC. | Date Filed (f) or Converted (c): | 02/08/10 (f) |
| | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending:  12/29/12 | Claims Bar Date: | 09/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct. - Valley Community Bank | 5,000.00 | 5,000.00 | | 5,134.83 | FA |
| 2. checking acct. - Harris Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. payroll checking acct - Valley Comm. Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking acct. - Harris (Maple Park) | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. security deposit | 2,250.00 | 2,250.00 | DA | 0.00 | FA |
| 6. stock - Arrowhead Landscape Supply, Inc. | Unknown | 0.00 | DA | 0.00 | FA |
| 7. Accounts receivable | 290,307.85 | 290,307.85 | DA | 273.60 | FA |
| 8. 2008 Ford F 550 | 25,000.00 | 0.00 | | 876.32 | FA |
| 9. 2006 Ford 350 | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 Ford F150 | 10,800.00 | 0.00 | DA | 0.00 | FA |
| 11. 2006 filling trailer | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2006 New Holland Wheel Loader | 30,000.00 | 418.28 | DA | 0.00 | FA |
| 13. 2006 New Holland L 190 Skidster | 20,000.00 | 3,277.28 | DA | 0.00 | FA |
| 14. misc. tools | 200.00 | 200.00 | DA | 0.00 | FA |
| 15. inventory | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 16. over payment to Serota | 209.00 | 209.00 | DA | 0.00 | FA |
| 17. turnover action - William Sweeney (u) | Unknown | 25,000.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.27 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $413,766.85            $331,662.41                              $6,287.02               $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-04741   RG   Judge: MANUEL BARBOSA | Trustee Name:   JOSEPH R. VOILAND |
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | Date Filed (f) or Converted (c):   02/08/10 (f) |
| | | 341(a) Meeting Date:   03/08/10 |
| | | Claims Bar Date:   09/21/10 |

Initial Projected Date of Final Report (TFR): 08/15/11          Current Projected Date of Final Report (TFR): 03/15/12

**FORM 2**

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-04741  -RG |
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. |
| Taxpayer ID No: | *******1703 |
| For Period Ending: | 12/29/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7065  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312261347065 | Wire in from JPMorgan Chase Bank, N.A. account 312261347065 | 9999-000 | 5,408.57 | | 5,408.57 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 | | 5,408.68 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 5,409.00 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.31 | | 5,409.31 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 5,409.63 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 5,409.95 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,409.99 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,410.03 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,410.07 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,410.11 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,410.15 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,410.19 |
| 03/10/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 5,410.20 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,410.22 |
| 04/18/11 | 8 | Ford Credit | refund of UCC sale surplas  DEPOSIT CHECK #36027222 | 1129-000 | 876.32 | | 6,286.54 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,286.58 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,286.63 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,286.68 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,286.73 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,286.78 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,261.78 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,261.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,236.83 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,236.88 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,211.88 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,211.93 |

Page Subtotals       6,286.93       75.00

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        10-04741  -RG

Case Name:     ARROWHEAD LANDSCAPE SUPPLY, INC.

Trustee Name:                    JOSEPH R. VOILAND

Bank Name:                       The Bank of New York Mellon

Account Number / CD #:           *******7065  Money Market Account

Taxpayer ID No:   *******1703

For Period Ending:  12/29/12

Blanket Bond (per case limit):   $ 50,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,186.93 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,186.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,161.98 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,162.02 |
| 01/25/12 | | Transfer to Acct #*******4547 | Bank Funds Transfer | 9999-000 | | 6,162.02 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,287.02 | 6,287.02 | 0.00 |
| Less:  Bank Transfers/CD's | 5,408.57 | 6,162.02 | |
| Subtotal | 878.45 | 125.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 878.45 | 125.00 | |

Page Subtotals          0.09          6,212.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 10-04741  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******1703 | | | |
| For Period Ending: | 12/29/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/23/10 | 7 | Heartland Green Industries | account receivable | 1121-000 | 273.60 | | 273.60 |
| | | | DEPOSIT CHECK #1343 | | | | |
| 03/23/10 | 1 | Valley Community Bank | checking acct proceeds | 1129-000 | 5,134.83 | | 5,408.43 |
| | | | DEPOSIT CHECK #34462 | | | | |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.01 | | 5,408.44 |
| 04/20/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.13 | | 5,408.57 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/20/10 | | Wire out to BNYM account 000261347065 | Wire out to BNYM account 000261347065 | 9999-000 | | 5,408.57 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,408.57 | 5,408.57 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,408.57 | 5,408.57 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,408.57 | 5,408.57 | |

Page Subtotals          5,408.57          5,408.57

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit B

| Case No: | 10-04741  -RG |
|---|---|
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. |

| Taxpayer ID No: | *******1703 |
|---|---|
| For Period Ending: | 12/29/12 |

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4547  Checking Account |

| Blanket Bond (per case limit): | $ 50,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7065 | Bank Funds Transfer | 9999-000 | 6,162.02 | | 6,162.02 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 6,162.02 | 0.00 | 6,162.02 |
| | Less:  Bank Transfers/CD's | | 6,162.02 | 0.00 | |
| | Subtotal | | 0.00 | 0.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7065 | 878.45 | 125.00 | 0.00 |
| Money Market Account - *******7065 | 5,408.57 | 5,408.57 | 0.00 |
| Checking Account - *******4547 | 0.00 | 0.00 | 6,162.02 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,287.02 | 5,533.57 | 6,162.02 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            6,162.02            0.00

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: December 29, 2012

Case Number:  10-04741
Debtor Name:  ARROWHEAD LANDSCAPE SUPPLY, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000035 999 6920-00 | Transbulk Real Estate Limited Partnership <B>(ADMINISTRATIVE)</B> c/o Dreyer, Foote, Streit, et al. 1999 West Downer Place Aurora, IL 60506 | Administrative | | $7,500.00 | $0.00 | $7,500.00 |
| 000016A 040 5800-00 | Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, Illinois 60603 Attn. Amelia Yabes | Priority | | $515.58 | $0.00 | $515.58 |
| 000020 040 5800-00 | Internal Revenue Service P.O. Box 21126 Philadelphia, Pa 19114 | Priority | | $7,668.51 | $0.00 | $7,668.51 |
| 000022A 040 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $75,970.24 | $0.00 | $75,970.24 |
| 000033A 040 5200-00 | Transbulk Real Estate Ltd Partnership Attn Chuck Baxter 4155 River Ridge Dr Saint Charles, IL 60175 | Priority | | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | Malmquist & Geiger Attn Bob Geiger 415 Libert St Morris, IL 60450 | Unsecured | | $1,377.50 | $0.00 | $1,377.50 |
| 000005 070 7100-00 | Accident Insurance c/o Michael Davis Weis PO Box 1166 Northbrook, IL 60065 | Unsecured | | $2,910.00 | $0.00 | $2,910.00 |
| 000006 070 7100-00 | Diaz Stone and Pallet, Inc 7822 N Weston Rd Kingsley, PA 18826 | Unsecured | | $47,694.61 | $0.00 | $47,694.61 |
| 000007 070 7100-00 | B Haney & Sons 1200 N Lombard Rd Lombard, IL 60148-1201 | Unsecured | | $2,962.50 | $0.00 | $2,962.50 |
| 000008 070 7100-00 | Door County Custom Stone, Inc 2670 Stone Rd Sturgeon Bay, WI 54235 | Unsecured | | $31,669.82 | $0.00 | $31,669.82 |
| 000009 070 7100-00 | Krukowski Stone Co, Inc 3781 County Road C Mosinee, WI 54455 | Unsecured | | $2,941.72 | $0.00 | $2,941.72 |

EXHIBIT A

Page 2                                    ANALYSIS OF CLAIMS REGISTER                              Date: December 29, 2012

Case Number:    10-04741                        Claim Class Sequence
Debtor Name:    ARROWHEAD LANDSCAPE SUPPLY, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Architectural Stone 1 Quarry Rd Douglassville, PA 19518 | Unsecured | | $19,000.27 | $0.00 | $19,000.27 |
| 000011 070 7100-00 | PrimeSource Attn: Michael Foreman 1321 Greenway Drive Irving, TX 75038 | Unsecured | | $3,101.95 | $0.00 | $3,101.95 |
| 000012 070 7100-00 | Northfield Block Company c/o Loftus, Loftus & Loftus Ltd 646 Busse Hwy Park Ridge, IL 60068 | Unsecured | | $50,526.90 | $0.00 | $50,526.90 |
| 000013 070 7100-00 | Package Concrete Inc 1 S 950 Lorang Rd Elburn, IL 60119-7719 | Unsecured | | $2,916.96 | $0.00 | $2,916.96 |
| 000014 070 7100-00 | Raymond F Agrella/Mary Agrella Fitzpatrick Shearer & Agrella 4N701 School Rd Saint Charles, IL 60175-6508 | Unsecured | | $7,992.22 | $0.00 | $7,992.22 |
| 000015 070 7100-00 | Valley View Industries 138434 S Kostner Crestwood, IL 60445-1997 | Unsecured | | $1,817.35 | $0.00 | $1,817.35 |
| 000016B 070 7100-00 | Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, Illinois 60603 Attn. Amelia Yabes | Unsecured | | $150.00 | $0.00 | $150.00 |
| 000017 070 7100-00 | Lemke Stone Inc PO Box 428 Lannon, WI 53046-0428 | Unsecured | | $17,578.31 | $0.00 | $17,578.31 |
| 000018 070 7100-00 | Burke's Hauling Inc 17128 Lukens Rd Sycamore, IL 60178 | Unsecured | | $520.00 | $0.00 | $520.00 |
| 000019 070 7100-00 | Stockdale Block 4675 Weitz Rd Morris, IL 60450 | Unsecured | | $76,100.78 | $0.00 | $76,100.78 |
| 000021 070 7100-00 | Rochester Concrete Products, LLC 7200 Hwy 63 North rochester, MN 55906 | Unsecured | | $1,172.20 | $0.00 | $1,172.20 |
| 000022B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $7,871.18 | $0.00 | $7,871.18 |

| | | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|---|

Page 3      ANALYSIS OF CLAIMS REGISTER      Date: December 29, 2012

Case Number:   10-04741         Claim Class Sequence

Debtor Name:   ARROWHEAD LANDSCAPE SUPPLY, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000023<br>070<br>7100-00 | New Transportation<br>6625 NW Hwy<br>Waterford, WI 53185 | Unsecured | | $2,850.00 | $0.00 | $2,850.00 |
| 000024<br>070<br>7100-00 | Door County Custom Stone Inc<br>c/o Herrling Clark Law Firm Ltd<br>800 N Lynndale Dr<br>Appleton, WI 54914 | Unsecured | | $31,664.82 | $0.00 | $31,664.82 |
| 000025<br>070<br>7100-00 | Landscaping & Construction Solution<br>2233 Palmer Dr Ste B<br>Schaumburg, IL 60173 | Unsecured | | $15,424.30 | $0.00 | $15,424.30 |
| 000026<br>070<br>7100-00 | Malmquist & Geiger<br>Attn Bob Geiger<br>415 Libert St<br>Morris, IL 60450 | Unsecured | | $1,277.50 | $0.00 | $1,277.50 |
| 000027<br>070<br>7100-00 | Frank Van Aelst & Assoc<br>312 W State St<br>PO Box 592<br>Geneva, IL 60134 | Unsecured | | $33,400.00 | $0.00 | $33,400.00 |
| 000028<br>070<br>7100-00 | Original Entry<br>312 W State St<br>POB 592<br>Geneva, IL 60134 | Unsecured | | $12,890.00 | $0.00 | $12,890.00 |
| 000029<br>070<br>7100-00 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | | $3,550.80 | $0.00 | $3,550.80 |
| 000030<br>070<br>7100-00 | Duane Matias<br>686 Ridge Dr<br>Elburn, IL 60119 | Unsecured | | $31,267.14 | $0.00 | $31,267.14 |
| 000031<br>070<br>7100-00 | Rochester Concrete Products LLC<br>c/o Solomon & Leadley<br>320 E Indian Trail<br>Aurora, IL 60505-1760 | Unsecured | | $2,784.64 | $0.00 | $2,784.64 |
| 000032<br>070<br>7100-00 | Stark Service Inc<br>21816 W Railroad St<br>Marengo, IL 60152 | Unsecured | | $4,415.00 | $0.00 | $4,415.00 |
| 000033B<br>070<br>7100-00 | Transbulk Real Estate Ltd Partnership<br>Attn Chuck Baxter<br>4155 River Ridge Dr<br>Saint Charles, IL 60175 | Unsecured | | $106,770.20 | $0.00 | $106,770.20 |
| 000034<br>070<br>7100-00 | Lemke Stone Inc<br>c/o Thomas J Mullen Law Offices<br>1N141 County Farm Rd Ste 230<br>Winfield, IL 60190 | Unsecured | | $15,604.13 | $0.00 | $15,604.13 |

EXHIBIT A

ANALYSIS OF CLAIMS REGISTER

Date: December 29, 2012

Case Number:   10-04741

Debtor Name:   ARROWHEAD LANDSCAPE SUPPLY, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 050 4210-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | | $33,818.27 | $0.00 | $33,818.27 |
| 000002 050 4210-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | | $24,629.85 | $0.00 | $24,629.85 |
| 000003 050 4210-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | | $16,726.60 | $0.00 | $16,726.60 |
| | Case Totals: | | | $707,031.85 | $0.00 | $707,031.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-04741
Case Name: ARROWHEAD LANDSCAPE SUPPLY, INC.
Trustee Name: JOSEPH R. VOILAND

Balance on hand                                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Transbulk Real Estate Limited Partnershi | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance                                             $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Illinois Department of Employment Security | $ | $ | $ |
| 000020 | Internal Revenue Service | $ | $ | $ |
| 000022A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                      $_____

Remaining Balance                                           $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Malmquist & Geiger | $ | $ | $ |
| 000005 | Accident Insurance | $ | $ | $ |
| 000006 | Diaz Stone and Pallet, Inc | $ | $ | $ |
| 000007 | B Haney & Sons | $ | $ | $ |
| 000008 | Door County Custom Stone, Inc | $ | $ | $ |
| 000009 | Krukowski Stone Co, Inc | $ | $ | $ |
| 000010 | Architectural Stone | $ | $ | $ |
| 000011 | PrimeSource | $ | $ | $ |
| 000012 | Northfield Block Company | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Package Concrete Inc | $ | $ | $ |
| 000014 | Raymond F Agrella/Mary Agrella Fitzpatrick | $ | $ | $ |
| 000015 | Valley View Industries | $ | $ | $ |
| 000016B | Illinois Department of Employment Security | $ | $ | $ |
| 000017 | Lemke Stone Inc | $ | $ | $ |
| 000018 | Burke's Hauling Inc | $ | $ | $ |
| 000019 | Stockdale Block | $ | $ | $ |
| 000021 | Rochester Concrete Products, LLC | $ | $ | $ |
| 000022B | Illinois Department of Revenue | $ | $ | $ |
| 000023 | New Transportation | $ | $ | $ |
| 000024 | Door County Custom Stone Inc | $ | $ | $ |
| 000025 | Landscaping & Construction Solution | $ | $ | $ |
| 000026 | Malmquist & Geiger | $ | $ | $ |
| 000027 | Frank Van Aelst & Assoc | $ | $ | $ |
| 000028 | Original Entry | $ | $ | $ |
| 000029 | Verizon Wireless | $ | $ | $ |
| 000030 | Duane Matias | $ | $ | $ |
| 000031 | Rochester Concrete Products LLC | $ | $ | $ |
| 000032 | Stark Service Inc | $ | $ | $ |
| 000033B | Transbulk Real Estate Ltd Partnership | $ | $ | $ |
| 000034 | Lemke Stone Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE