## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
ARROWHEAD LANDSCAPE SUPPLY, INC. § Case No. 10-04741
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/07/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013     By: Kenneth S. Gardner
                                Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
ARROWHEAD LANDSCAPE SUPPLY, § Case No. 10-04741
INC.
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Transbulk Real Estate Limited Partnershi | $ | $ | $ |

Total to be paid for prior chapter administrative expenses   $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Illinois Department of Employment Security | $ | $ | $ |
| 000020 | Internal Revenue Service | $ | $ | $ |
| 000022A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Malmquist & Geiger | $ | $ | $ |
| 000005 | Accident Insurance | $ | $ | $ |
| 000006 | Diaz Stone and Pallet, Inc | $ | $ | $ |
| 000007 | B Haney & Sons | $ | $ | $ |
| 000008 | Door County Custom Stone, Inc | $ | $ | $ |
| 000009 | Krukowski Stone Co, Inc | $ | $ | $ |
| 000010 | Architectural Stone | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | PrimeSource | $ | $ | $ |
| 000012 | Northfield Block Company | $ | $ | $ |
| 000013 | Package Concrete Inc | $ | $ | $ |
| 000014 | Raymond F Agrella/Mary Agrella Fitzpatrick | $ | $ | $ |
| 000015 | Valley View Industries | $ | $ | $ |
| 000016B | Illinois Department of Employment Security | $ | $ | $ |
| 000017 | Lemke Stone Inc | $ | $ | $ |
| 000018 | Burke's Hauling Inc | $ | $ | $ |
| 000019 | Stockdale Block | $ | $ | $ |
| 000021 | Rochester Concrete Products, LLC | $ | $ | $ |
| 000022B | Illinois Department of Revenue | $ | $ | $ |
| 000023 | New Transportation | $ | $ | $ |
| 000024 | Door County Custom Stone Inc | $ | $ | $ |
| 000025 | Landscaping & Construction Solution | $ | $ | $ |
| 000026 | Malmquist & Geiger | $ | $ | $ |
| 000027 | Frank Van Aelst & Assoc | $ | $ | $ |
| 000028 | Original Entry | $ | $ | $ |
| 000029 | Verizon Wireless | $ | $ | $ |
| 000030 | Duane Matias | $ | $ | $ |
| 000031 | Rochester Concrete Products LLC | $ | $ | $ |
| 000032 | Stark Service Inc | $ | $ | $ |
| 000033B | Transbulk Real Estate Ltd Partnership | $ | $ | $ |
| 000034 | Lemke Stone Inc | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

    NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

    NONE

    Prepared By: /s/Joseph R. Voiland_____
                                                                 Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.