UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ARROWHEAD LANDSCAPE SUPPLY, § Case No. 10-04741
INC.
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/07/2013 in Courtroom 240,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013                By: Kenneth S. Gardner
                                                                     Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
　　　　　　　　　　　　　　　　§
ARROWHEAD LANDSCAPE SUPPLY, § Case No. 10-04741
INC.
　　　　　　　　　　　　　　　　§
　　　　　Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 6,287.02 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 6,162.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,378.70 | $ 0.00 | $ 1,378.70 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 223.19 | $ 0.00 | $ 223.19 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,601.89 |
| Remaining Balance | | $ | 4,560.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: Transbulk Real Estate Limited Partnershi | $ 7,500.00 | $ 0.00 | $ 4,560.13 |
| Total to be paid for prior chapter administrative expenses | | $ | 4,560.13 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $_____0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 84,154.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Illinois Department of Employment Security | $ 515.58 | $ 0.00 | $ 0.00 |
| 000020 | Internal Revenue Service | $ 7,668.51 | $ 0.00 | $ 0.00 |
| 000022A | Illinois Department of Revenue | $ 75,970.24 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $_____0.00

    Remaining Balance      $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 540,202.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Malmquist & Geiger | $ 1,377.50 | $ 0.00 | $ 0.00 |
| 000005 | Accident Insurance | $ 2,910.00 | $ 0.00 | $ 0.00 |
| 000006 | Diaz Stone and Pallet, Inc | $ 47,694.61 | $ 0.00 | $ 0.00 |
| 000007 | B Haney & Sons | $ 2,962.50 | $ 0.00 | $ 0.00 |
| 000008 | Door County Custom Stone, Inc | $ 31,669.82 | $ 0.00 | $ 0.00 |
| 000009 | Krukowski Stone Co, Inc | $ 2,941.72 | $ 0.00 | $ 0.00 |
| 000010 | Architectural Stone | $ 19,000.27 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | PrimeSource | $ 3,101.95 | $ 0.00 | $ 0.00 |
| 000012 | Northfield Block Company | $ 50,526.90 | $ 0.00 | $ 0.00 |
| 000013 | Package Concrete Inc | $ 2,916.96 | $ 0.00 | $ 0.00 |
| 000014 | Raymond F Agrella/Mary Agrella Fitzpatrick | $ 7,992.22 | $ 0.00 | $ 0.00 |
| 000015 | Valley View Industries | $ 1,817.35 | $ 0.00 | $ 0.00 |
| 000016B | Illinois Department of Employment Security | $ 150.00 | $ 0.00 | $ 0.00 |
| 000017 | Lemke Stone Inc | $ 17,578.31 | $ 0.00 | $ 0.00 |
| 000018 | Burke's Hauling Inc | $ 520.00 | $ 0.00 | $ 0.00 |
| 000019 | Stockdale Block | $ 76,100.78 | $ 0.00 | $ 0.00 |
| 000021 | Rochester Concrete Products, LLC | $ 1,172.20 | $ 0.00 | $ 0.00 |
| 000022B | Illinois Department of Revenue | $ 7,871.18 | $ 0.00 | $ 0.00 |
| 000023 | New Transportation | $ 2,850.00 | $ 0.00 | $ 0.00 |
| 000024 | Door County Custom Stone Inc | $ 31,664.82 | $ 0.00 | $ 0.00 |
| 000025 | Landscaping & Construction Solution | $ 15,424.30 | $ 0.00 | $ 0.00 |
| 000026 | Malmquist & Geiger | $ 1,277.50 | $ 0.00 | $ 0.00 |
| 000027 | Frank Van Aelst & Assoc | $ 33,400.00 | $ 0.00 | $ 0.00 |
| 000028 | Original Entry | $ 12,890.00 | $ 0.00 | $ 0.00 |
| 000029 | Verizon Wireless | $ 3,550.80 | $ 0.00 | $ 0.00 |
| 000030 | Duane Matias | $ 31,267.14 | $ 0.00 | $ 0.00 |
| 000031 | Rochester Concrete Products LLC | $ 2,784.64 | $ 0.00 | $ 0.00 |
| 000032 | Stark Service Inc | $ 4,415.00 | $ 0.00 | $ 0.00 |
| 000033B | Transbulk Real Estate Ltd Partnership | $ 106,770.20 | $ 0.00 | $ 0.00 |
| 000034 | Lemke Stone Inc | $ 15,604.13 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Arrowhead Landscape Supply, Inc.  
      Debtor

Case No. 10-04741-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 4     Date Rcvd: Feb 06, 2013  
                            Form ID: pdf006     Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2013.

```
db              Arrowhead Landscape Supply, Inc.,   44W399 Rte 64,    Maple Park, IL 60151
15072539       +A Block Marketing, Inc,   15660 Canal Bank Rd,    PO Box 633,    Lemont, IL 60439-0633
15072538       +A Block Marketing, Inc,   855 E Golf Rd Ste 1133,    Arlington Heights, IL 60005-5224
15072542        ADT Security Services, Inc.,   c/o Teller Levit & Silvertrust PC,    111 E Adams St Ste 800,
                 Chicago, IL 60603
15072540       +Accident Insurance,   c/o Michael Davis Weis,    PO Box 1166,    Northbrook, IL 60065-1166
15072541        Acton Mobile Industries,   PO Box 758689,    Baltimore, MD 21275-8689
15072543       +Advanced Drainage Systems, Inc,   4273 Reliable Pkwy,    Chicago, IL 60686-0042
15072544       +Advantage Weighing Systems,   1433 W Fullerton Ave,    Addison, IL 60101-4366
15072545       +Allied Waste Services #480,   1565 Aurora Avenue Ln,    Aurora, IL 60505-8703
15072546       +American National Bank of DeKalb Co,   1985 DeKalb Ave,    Sycamore, IL 60178-3107
15072548       +Architectural Stone,   1 Quarry Rd,    Douglassville, PA 19518-1906
15072549        Aurora Country Club,   1600 Prairie St,    Aurora, IL 60506
15072550       +B Haney & Sons,   1200 N Lombard Rd,    Lombard, IL 60148-1222
15072551        Best Block,   W140 N5870 Lily Rd,    PO Box 13707,    Milwaukee, WI 53213-0707
15072552       +Boughton Trucking & Material,   P.O. Box 1036,    Bedford Park, IL 60499-1036
15072554       +Burke's Hauling Inc,   17128 Lukens Rd,    Sycamore, IL 60178-8712
15072557        CNH Capital America, LLC,   PO Box 7247-0170,    Philadelphia, PA 19170-0170
15072558        CRA Payment Center,   PO Box 3900,    Lancaster, PA 17604-3900
15072555       +Cargill Deicing Technology,   c/o Teller Levit Silvertrust, PC,    11 E Adams St Ste 800,
                 Chicago, IL 60603-6324
15072556       +Carolyn Sweeny,   701 Independence Ave,    Elburn, IL 60119-9475
15072559       +Diaz Pallet & Stone,   c/o Marc S Lichtman & Associates,    222 N LaSalle St Ste 200,
                 Chicago, IL 60601-1114
15072560       +Diaz Stone and Pallet, Inc,   7822 N Weston Rd,    Kingsley, PA 18826-7211
15072561       +Door County Custom Stone Inc,   c/o Herrling Clark Law Firm Ltd,    800 N Lynndale Dr,
                 Appleton, WI 54914-3017
15072562       +Door County Custom Stone, Inc,   2670 Stone Rd,    Sturgeon Bay, WI 54235-9255
15072563       +Duane Matias,   686 Ridge Dr,    Elburn, IL 60119-7137
15072565       +ERO TEX,   N94W14330 Garwin Mace Dr,    Menomonee Falls, WI 53051-1629
15072564        Elmhurst-Chicago Stone Co.,   PO Box 57,    Elmhurst, IL 60126-0057
15072566       +Ford Motor Credit,   PO Box 790093,    Saint Louis, MO 63179-0093
15140804       +Ford Motor Credit Company LLC,   P O Box 6275,    Dearborn, MI 48121-6275
15072567       +Frank Van Aelst & Assoc,   312 W State St,    PO Box 592,    Geneva, IL 60134-0592
15072568       +Freight Quote,   16025 W 113th St,    Lenexa, KS 66219-5105
15072569       +Hartman Design Inc,   51 N Elm St,    Wernersville, PA 19565-1209
15072570       +IL Brick Company,   c/o Quick Recovery Collection Agncy,    9130 Oakwood Dr,
                 Tinley Park, IL 60487-6157
15072571       +IL Brick Company,   5191 Paysphere Circle,    Chicago, IL 60674-0051
15072572       +IL Tollway - IL Secretary of State,   c/o Arnold Scott Harris, PC,
                 222 Merchandise Mart Plaza Ste 1932,    Chicago, IL 60654-1420
15859755       +Illinois Department of Employment Security,   33 South State Street 10th Floor,
                 Chicago, Illinois 60603-2803,    Attn. Amelia Yabes
15918516        Illinois Department of Revenue,   Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15072574       +John Zankowski,   3N324 Woodcrest Court,    Elburn, IL 60119-8700
15072576       +KC Printing Services,   22292 Pepper Rd,    Lake Barrington, IL 60010-2544
15072575      #+Kafka-Granite LLC,   101 S Weber Ave,    Stratford, WI 54484-9301
15072577       +Krukowski Stone Co, Inc,   3781 County Road C,    Mosinee, WI 54455-8005
15072578        LaFarge Elburn, LLC,   23283 Network Place,    Chicago, IL 60673-1232
15072579       +Lamont, Hanley & Associates Inc.,   1138 Elm Street,    Manchester, NH 03101-1531
15072580       +Landscaping & Construction Solution,   2233 Palmer Dr Ste B,    Schaumburg, IL 60173-3806
15072582        Lemke Stone Inc,   PO Box 428,    Lannon, WI 53046-0428
15072581       +Lemke Stone Inc,   c/o Thomas J Mullen Law Offices,    1N141 County Farm Rd Ste 230,
                 Winfield, IL 60190-2023
15072583       +Malmquist & Geiger,   Attn Bob Geiger,    415 Libert St,    Morris, IL 60450-2132
15072584        McDonald Modular Solutions, Inc,   2380 W 8 Mile Rd,    Southfield, MI 48033-4237
15072585       +Melyx, Inc dba Xylem, Inc,   c/o Marc S Lichtman & Associates,    222 N LaSalle St Ste 200,
                 Chicago, IL 60601-1114
15072586       +Melyx, Inc dba Xylem, Ltd,   18715 Rte 84 North,    Cordova, IL 61242-9757
15072587       +MetLife Auto & Home,   Subrogation - Warwick,    PO Box 1503,    Latham, NY 12110-8003
15072588       +Midwest Trading,   c/o James M Bolz,    895 W Main St,    Dundee, IL 60118-2098
15072589       +Midwest Trading,   PO Box 398,    Maple Park, IL 60151-0398
15072590        Mike Waters,   301 Railroad Ave,    Elburn, IL 60119
15072591       +Monacelli,   19719 W Good Hope Rd,    Lannon, WI 53046-9732
15072592        Morton International,   Morton Salt,    PO Box 93052,    Chicago, IL 60673-3052
15072593       +Morton International Inc,   c/o Teller Levitt Silvertrust, PC,    11 E Adams St Ste 800,
                 Chicago, IL 60603-6324
15072594       +New Transportation,   6625 NW Hwy,    Waterford, WI 53185-2326
15072595       +Northfield Block Company,   c/o Loftus, Loftus & Loftus Ltd,    646 Busse Hwy,
                 Park Ridge, IL 60068-2502
15072596       +Oakfield Stone Company,   PO Box 221,    Oakfield, WI 53065-0221
15072597       +Oldcastle Architectural,   PO Box 281479,    Atlanta, GA 30384-1479
15072598       +Oldcastle Northfield/Bend,   One Hunt Court,    Mundelein, IL 60060-4487
15072537       +One Eight Hundred Edgings, Inc,   124 E St Charles Rd,    Villa Park, IL 60181-2414
```

```
District/off: 0752-1          User: froman                Page 2 of 4                 Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 94

16020031      +Original Entry,    312 W State St,    POB 592,    Geneva, IL 60134-0592
15072600       Paveloc Industries,    8302 S IL Route 23,    Marengo, IL 60152-9317
15072602      +PrimeSource,    Attn: Michael Foreman,    1321 Greenway Drive,    Irving, TX 75038-2504
15072601      +PrimeSource - Chicago,    1650 Leider Ln,    Buffalo Grove, IL 60089-6619
15840924       Raymond F Agrella/Mary Agrella Fitzpatrick,    Shearer & Agrella,    4N701 School Rd,
                Saint Charles, IL 60175-6508
15072603      +Robert F. Agrella,    Shearer & Agrella,    4N701 School Rd,    Saint Charles, IL 60175-6508
15072605      +Rochester Concrete Products, LLC,    7200 Hwy 63 North,    rochester, MN 55906-8978
15072606      +SRW Products,    32020 126th St,    PO Box 70,    Princeton, MN 55371-0070
15072607      +Stark Service Inc,    c/o Allan C Zuckerman,    203 N LaSalle St Ste 2100,    Chicago, IL 60601-1226
15072608      +Stark Service Inc,    21816 W Railroad St,    Marengo, IL 60152-9113
15072609       State of IL,    IL DOR,    Springfield, IL 62796-0001
15072610      +Stockdale Block,    4675 Weitz Rd,    Morris, IL 60450-8714
15072611      +Superior Stone Sales, LLC,    1819 N Wilke Rd,    Arlington Heights, IL 60004-3613
15072612      +Theis General Trucking,    6142 E 3000 North Rd,    Streator, IL 61364-8886
15072613       Tom Spiel,    Riverside, CA
16332995      +Transbulk Real Estate Limited Partnership,    c/o Dreyer, Foote, Streit, et al.,
                1999 West Downer Place,    Aurora, IL 60506-4776
15072615      +Transbulk Real Estate Ltd,    Attn Charles Baxter,    4155 River Ridge Dr,
                Saint Charles, IL 60175-5676
15072614      +Transbulk Real Estate Ltd Partnership,    Attn Chuck Baxter,    4155 River Ridge Dr,
                Saint Charles, IL 60175-5676
15072616      +Triple Crown Products,    814 Ela Ave,    Waterford, WI 53185-4255
15072617      +US Arbor Products,    1881 Commerce Dr Ste 108,    Elk Grove Village, IL 60007-2134
15072618       Valley View Industries,    138434 S Kostner,    Crestwood, IL 60445-1997
15072620       Weber-Stephen Products Co,    PO Box 96439,    Chicago, IL 60693-6439
15072621      +William (a/k/a ’Billy’) Sweeny,    701 Independence Ave,    Elburn, IL 60119-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15072547      +E-mail/Text: bmccullough@ami.net Feb 07 2013 03:53:11     AMI Communications, Inc,
                1892 E Fabyan Pkwy,    Batavia, IL 60510-1498
15072553      +E-mail/Text: mwack@breezyhillnursery.com Feb 07 2013 02:23:24      Breezy Hill Nursery,
                7530 288th Ave,    Salem, WI 53168-9532
15072573       E-mail/Text: cio.bncmail@irs.gov Feb 07 2013 01:50:04     Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114-0326
15876565       E-mail/Text: cio.bncmail@irs.gov Feb 07 2013 01:50:04     Internal Revenue Service,
                P.O. Box 21126,    Philadelphia, Pa 19114
15072599       E-mail/Text: ggresham@quikrete.com Feb 07 2013 02:21:03     Package Concrete Inc,
                1 S 950 Lorang Rd,    Elburn, IL 60119-7719
15072604       E-mail/Text: dleadley@ameritech.net Feb 07 2013 02:25:53      Rochester Concrete Products LLC,
                c/o Solomon & Leadley,    320 E Indian Trail,    Aurora, IL 60505-1760
15072617      +E-mail/Text: usarbor@sbcglobal.net Feb 07 2013 02:21:11     US Arbor Products,
                1881 Commerce Dr Ste 108,    Elk Grove Village, IL 60007-2134
15072619       E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 07 2013 02:01:48      Verizon,
                PO Box 25505 Lehigh Valley,    Lehigh Valley, PA 18002-5505
16045407      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 07 2013 02:05:57      Verizon Wireless,
                PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: froman              Page 3 of 4              Date Rcvd: Feb 06, 2013
                              Form ID: pdf006           Total Noticed: 94
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: froman              Page 4 of 4                Date Rcvd: Feb 06, 2013
                              Form ID: pdf006           Total Noticed: 94
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2013 at the address(es) listed below:

          Charles J Myler   on behalf of Debtor   Arrowhead Landscape Supply, Inc. cmyler@mrmlaw.com,
           kmyler@mrmlaw.com
          Christopher H Purcell   on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
          Jose G Moreno   on behalf of Creditor   Ocwen Loan Servicing, LLC nd-one@il.cslegal.com
          Joseph Voiland   jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
          Michael W Huseman   on behalf of Creditor   Transbulk Real Estate Limited Partnership
           mhuseman@dreyerfoote.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          W. Kent Carter   on behalf of Creditor   CNH Capital America, LLC wcarter@clarkhill.com,
           estoneking@clarkhill.com

                                                                                          TOTAL: 7