UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ARROWHEAD LANDSCAPE SUPPLY, § Case No. 10-04741
INC.
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on         . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000003 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRANSBULK REAL ESTATE LIMITED PARTN | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000033A | TRANSBULK REAL ESTATE LTD PARTNERSH | | | | | |
| 000016A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000022A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000020 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ACCIDENT INSURANCE | | | | | |
| 000010 | ARCHITECTURAL STONE | | | | | |
| 000007 | B HANEY & SONS | | | | | |
| 000018 | BURKE'S HAULING INC | | | | | |
| 000006 | DIAZ STONE AND PALLET, INC | | | | | |
| 000024 | DOOR COUNTY CUSTOM STONE INC | | | | | |
| 000008 | DOOR COUNTY CUSTOM STONE, INC | | | | | |
| 000030 | DUANE MATIAS | | | | | |
| 000027 | FRANK VAN AELST & ASSOC | | | | | |
| 000016B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000022B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000009 | KRUKOWSKI STONE CO, INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000025 | LANDSCAPING & CONSTRUCTION SOLUTION | | | | | |
| 000017 | LEMKE STONE INC | | | | | |
| 000034 | LEMKE STONE INC | | | | | |
| 000004 | MALMQUIST & GEIGER | | | | | |
| 000026 | MALMQUIST & GEIGER | | | | | |
| 000023 | NEW TRANSPORTATION | | | | | |
| 000012 | NORTHFIELD BLOCK COMPANY | | | | | |
| 000028 | ORIGINAL ENTRY | | | | | |
| 000013 | PACKAGE CONCRETE INC | | | | | |
| 000011 | PRIMESOURCE | | | | | |
| 000014 | RAYMOND F AGRELLA/MARY AGRELLA FITZ | | | | | |
| 000031 | ROCHESTER CONCRETE PRODUCTS LLC | | | | | |
| 000021 | ROCHESTER CONCRETE PRODUCTS, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000032 | STARK SERVICE INC | | | | | |
| 000019 | STOCKDALE BLOCK | | | | | |
| 000033B | TRANSBULK REAL ESTATE LTD PARTNERSH | | | | | |
| 000015 | VALLEY VIEW INDUSTRIES | | | | | |
| 000029 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-04741 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | | | Date Filed (f) or Converted (c): | 02/08/10 (f) |
| | | | | 341(a) Meeting Date: | 03/08/10 |
| For Period Ending: | 03/16/13 | | | Claims Bar Date: | 09/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct. - Valley Community Bank | 5,000.00 | 5,000.00 | | 5,134.83 | FA |
| 2. checking acct. - Harris Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. payroll checking acct - Valley Comm. Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking acct. - Harris (Maple Park) | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. security deposit | 2,250.00 | 2,250.00 | DA | 0.00 | FA |
| 6. stock - Arrowhead Landscape Supply, Inc. | Unknown | 0.00 | DA | 0.00 | FA |
| 7. Accounts receivable | 290,307.85 | 290,307.85 | DA | 273.60 | FA |
| 8. 2008 Ford F 550 | 25,000.00 | 0.00 | | 876.32 | FA |
| 9. 2006 Ford 350 | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 Ford F150 | 10,800.00 | 0.00 | DA | 0.00 | FA |
| 11. 2006 filling trailer | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2006 New Holland Wheel Loader | 30,000.00 | 418.28 | DA | 0.00 | FA |
| 13. 2006 New Holland L 190 Skidster | 20,000.00 | 3,277.28 | DA | 0.00 | FA |
| 14. misc. tools | 200.00 | 200.00 | DA | 0.00 | FA |
| 15. inventory | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 16. over payment to Serota | 209.00 | 209.00 | DA | 0.00 | FA |
| 17. turnover action - William Sweeney (u) | Unknown | 25,000.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.27 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $413,766.85    $331,662.41    $6,287.02    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 10-04741   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | Date Filed (f) or Converted (c): | 02/08/10 (f) |
| | | 341(a) Meeting Date: | 03/08/10 |
| | | Claims Bar Date: | 09/21/10 |

Initial Projected Date of Final Report (TFR): 08/15/11     Current Projected Date of Final Report (TFR): 03/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-04741 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******1703 | | | |
| For Period Ending: | 03/16/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312261347065 | Wire in from JPMorgan Chase Bank, N.A. account 312261347065 | 9999-000 | 5,408.57 | | 5,408.57 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 5,408.68 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,409.00 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,409.31 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,409.63 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,409.95 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,409.99 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,410.03 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,410.07 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,410.11 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,410.15 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,410.19 |
| 03/10/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,410.20 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,410.22 |
| 04/18/11 | 8 | Ford Credit | refund of UCC sale surplas DEPOSIT CHECK #36027222 | 1129-000 | 876.32 | | 6,286.54 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,286.58 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,286.63 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,286.68 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,286.73 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,286.78 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,261.78 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,261.83 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,236.83 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,236.88 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,211.88 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,211.93 |

Page Subtotals    6,286.93    75.00

Ver: 16.05c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-04741 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******1703 | | |
| For Period Ending: | 03/16/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,186.93 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,186.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,161.98 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,162.02 |
| 01/25/12 | | Transfer to Acct #*******4547 | Bank Funds Transfer | 9999-000 | | 6,162.02 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 6,287.02 | 6,287.02  0.00 |
| Less: Bank Transfers/CD's | 5,408.57 | 6,162.02 |
| Subtotal | 878.45 | 125.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 878.45 | 125.00 |

Page Subtotals   0.09   6,212.02

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Case 10-04741   Doc 62   Filed 05/26/13   Entered 05/26/13 09:58:51   Desc Main
Document      Page 13 of 15

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04741 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | Bank Name: | JPMorgan Chase Bank, N.A. |
|  |  | Account Number / CD #: | *******7065  Money Market Account |
| Taxpayer ID No: | *******1703 |  |  |
| For Period Ending: | 03/16/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/23/10 | 7 | Heartland Green Industries | account receivable  DEPOSIT CHECK #1343 | 1121-000 | 273.60 |  | 273.60 |
| 03/23/10 | 1 | Valley Community Bank | checking acct proceeds  DEPOSIT CHECK #34462 | 1129-000 | 5,134.83 |  | 5,408.43 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 |  | 5,408.44 |
| 04/20/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.13 |  | 5,408.57 |
| 04/20/10 |  | Wire out to BNYM account 000261347065 | JPMORGAN CHASE BANK, N.A.  Wire out to BNYM account 000261347065 | 9999-000 |  | 5,408.57 | 0.00 |
|  |  |  | COLUMN TOTALS |  | 5,408.57 | 5,408.57 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 5,408.57 | 5,408.57 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 5,408.57 | 5,408.57 |  |

Page Subtotals        5,408.57        5,408.57

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-04741 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4547  Checking Account |
| Taxpayer ID No: | *******1703 | | |
| For Period Ending: | 03/16/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7065 | Bank Funds Transfer | 9999-000 | 6,162.02 | | 6,162.02 |
| 03/08/13 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 1,378.70 | 4,783.32 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 03/08/13 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 223.19 | 4,560.13 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 03/08/13 | 001003 | Transbulk Real Estate Limited Partnership | | 6920-000 | | 4,560.13 | 0.00 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | c/o Dreyer, Foote, Streit, et al. | | | | | |
| | | 1999 West Downer Place | | | | | |
| | | Aurora, IL 60506 | | | | | |

|  | COLUMN TOTALS | 6,162.02 | 6,162.02 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 6,162.02 | 0.00 | |
|  | Subtotal | 0.00 | 6,162.02 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 6,162.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7065 | 878.45 | 125.00 | 0.00 |
| Money Market Account - ********7065 | 5,408.57 | 5,408.57 | 0.00 |
| Checking Account - ********4547 | 0.00 | 6,162.02 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,287.02 | 11,695.59 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,162.02    6,162.02

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-04741 -RG | |
| Case Name: | ARROWHEAD LANDSCAPE SUPPLY, INC. | |
| Taxpayer ID No: | *******1703 | |
| For Period Ending: | 03/16/13 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4547  Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********7065
Money Market Account - ********7065
Checking Account - ********4547

Page Subtotals     0.00     0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*